UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ID Tech LLC, et al.,

                        **Plaintiff(s),**            **19-CV-08439 (VF)**

    -against-                                     **ORDER**

Bayam Group, Inc., et al.,

                        **Defendant(s).**

------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    On April 18, 2022, this case was reassigned to me from United States Magistrate Judge Debra C. Freeman, to conduct all proceedings in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. The parties are ordered to file a joint status letter no later than May 2, 2022, providing the Court a brief statement of claims and defenses, the current schedule for expert discovery, the status of fact discovery, and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:    New York, New York
               April 25, 2022

                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge