UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ID TECH LLC, et al.,

                              Plaintiffs,

          -against-

BAYAM GROUP, INC., et al.,

                              Defendants.
-------------------------------------------------------------X

19-CV-08439 (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

At a conference with the Court on March 2, 2023, the Court asked Plaintiffs to identify when they had produced to Defendants the copyright registration at issue in the case and the underlying documents submitted to the U.S. Copyright Office in support of the copyright registration. Plaintiffs indicated that they had produced the documents to Defendants, but could not remember when. Defendants pointed to the transcript of a preliminary injunction hearing held before Judge McMahon on November 7, 2022, arguing that Plaintiffs had conceded that they did not have the underlying source material until October 2022. See Bayam Group, Inc. v. ID Tech LLC, 1:22-cv-8910, ECF No. 36 at 15-19. The Court has reviewed the transcript and it appears that Plaintiffs' concession in that hearing is limited to nameplate jewelry, which is not at issue in this case.

By no later than 5:00 p.m. on Monday March 6, 2023, Plaintiffs are directed to identify when they produced to Defendants the copyright registration and underlying documents submitted to the U.S. Copyright Office that is at issue in this case

**SO ORDERED.**

DATED:      New York, New York
            March 2, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge