**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ID TECH LLC, d/b/a FROST NYC, and NISON KAYKOV,

                      Plaintiffs,

      -against-                                 19 **CIVIL** 8439 (VF)

                                                  **JUDGMENT**

BAYAM GROUP, INC. d/b/a BAYAM JEWELRY
and TALHA BAYAM,

                      Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 29, 2023, Defendants' motion for summary judgment is GRANTED.

**Dated:** New York, New York

       March 29, 2023

                                                               **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                               **BY:**       *K. Mango*

                                                                     **Deputy Clerk**