UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BAYAM GROUP, INC.,

                      Plaintiff,           **22-cv-8910 (VF)**
                                                  **19-cv-8439 (VF)**

      -against-

ID TECH LLC,                                               **ORDER**

                      Defendant.
------------------------------------------------------------------X
------------------------------------------------------------------X
ID TECH LLC,

                    Plaintiff,

      -against-

BAYAM GROUP, INC., et al,

                    Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are direct to submit to the Court an update as to the status of the written settlement agreement resolving all claims in the 22-cv-8910 matter and the outstanding fees motion in the19-cv-8439 matter by no later than **November 30, 2023.**

      **SO ORDERED.**

DATED:   New York, New York
                November 15, 2023

                                                             _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge